IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORJA BENTLEY | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1122 |
| ROY HAGER | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1331 |
| PHILLIP DIVERGIGELIS | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1333 |
| RONALD BURTON | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1334 |
| STEPHEN TSOPANIS | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1335 |
| WANDA YOUNG | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1336 |

| | | |
|---|---|---|
| DOROTHY SPEARS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1337 |
| | : | |
| VICKI LING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1338 |
| | : | |
| DARLENE HARRIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1339 |
| | : | |
| ELIZABETH BANJACK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1340 |

## ORDER

AND NOW, this 26th day of May, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motions of plaintiffs to remand these actions to the

Court of Common Pleas of Philadelphia County[1] are DENIED and the complaints against defendant Ann Redfield are DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.

---

1. C.A. No. 17-1122 (Doc. # 11); C.A. No. 17-1331 (Doc. # 9);
   C.A. No. 17-1333 (Doc. # 9); C.A. No. 17-1334 (Doc. # 9);
   C.A. No. 17-1335 (Doc. # 9); C.A. No. 17-1336 (Doc. # 9);
   C.A. No. 17-1337 (Doc. # 9); C.A. No. 17-1338 (Doc. # 9);
   C.A. No. 17-1339 (Doc. # 9); C.A. No. 17-1340 (Doc. # 9).