IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORJA BENTLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1122 |
| ROY HAGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1331 |
| PHILLIP DIVERGIGELIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1333 |
| RONALD BURTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1334 |
| STEPHEN TSOPANIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1335 |
| WANDA YOUNG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1336 |

| | | |
|---|---|---|
| DOROTHY SPEARS | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1337 |
| VICKI LING | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1338 |
| DARLENE HARRIS | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1339 |
| ELIZABETH BANJACK | : | CIVIL ACTION |
| v. | : | |
| MERCK & CO., INC., et al. | : | NO. 17-1340 |

## ORDER

AND NOW, this 30th day of May, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motions of defendants Merck & Co., Inc. and Merck

Sharp & Dome Corp. to dismiss Count VI of the complaints are GRANTED.[1]

BY THE COURT:

/s/ Harvey Bartle III
                          J.

---

1. C.A. No. 17-1122 (Doc. # 7); C.A. No. 17-1331 (Doc. # 5); C.A. No. 17-1333 (Doc. # 5); C.A. No. 17-1334 (Doc. # 5); C.A. No. 17-1335 (Doc. # 5); C.A. No. 17-1336 (Doc. # 5); C.A. No. 17-1337 (Doc. # 5); C.A. No. 17-1338 (Doc. # 5); C.A. No. 17-1339 (Doc. # 5); C.A. No. 17-1340 (Doc. # 5).